United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINA MCCUNE, ) | |
| ) | CIVIL NO. C10-5074RJB-JRC |
| Plaintiff, ) | |
| ) | ORDER FOR EXTENSION OF |
| vs. ) | TIME TO FILE PLAINTIFF'S |
| ) | OPENING BRIEF |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before June 29, 2010, Defendant's Answering Brief shall be filed on or before July 27, 2010 and Plaintiff's Reply Brief shall be filed on or before August 10, 2010. Oral argument, if desired, shall be requested by August 17, 2010.

DATED this 26th day of May, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF – [C10-5074 RJB] - 1