IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTINA MCCUNE, | Civil No. 3:10-CV-5074-RJB-JRC |
| Plaintiff, | ORDER |
| vs. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby ORDERED that the Briefing Schedule is hereby STAYED for sixty (60) days pending review of records provided by Plaintiff to Defendant.

DATED this 13th day of August 2010.

_____
J. Richard Creatura
United States Magistrate Judge