IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINA MCCUNE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. 3:10-CV-5074-RJB-JRC<br><br>ORDER LIFTING STAY AND AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion and with no objections from Plaintiff, it is hereby ORDERED that the previous Stay is lifted. Defendant shall serve and file the supplemental transcript within the next fourteen (14) days of this Order and the Scheduling Order shall be amended as follows:

- Plaintiff's Brief shall be due on or before November 3, 2010.
- Defendant's responsive brief shall be due on or before December 1, 2010; and
- Plaintiff optional reply brief shall be due on or before December 15, 2010.

DATED this 14th day of September 2010.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1    ORDER - [3:10-CV-5074-RJB-JRC]