United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINA MCCUNE, ) | |
| ) | CIVIL NO. C10-5074RJB-JRC |
| Plaintiff, ) | |
| ) | ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before November 17, 2010, Defendant's Answering Brief shall be filed on or before December 15, 2010, and Plaintiff's Reply Brief shall be filed on or before December 29, 2010. Oral argument, if desired, shall be requested by January 5, 2011.

DATED this 3rd day of November, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE OPENING BRIEF – [C10-5074 RJB] - 1