UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| CHRISTINA MCCUNE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. 3:10-CV-05074-RJB JRC<br><br>ORDER FOR EXTENSION OF TIME TO FILE RESPONSE |

　　　　Based on Defendant's Motion (ECF No. 26), and that Plaintiff has no opposition, it is hereby ORDERED that the due date for Defendant's Response to Plaintiff's Motion to Correct Record shall be amended as follows:

- Defendant shall have up to and including December 13, 2010, to file a Response.

　　　　DATED this 1st day of December, 2010.

　　　　　　　　　　　　　　　　　　　　　　　／s／ J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　ORDER - [3:10-CV-05074-RJB JRC]