U.S. DISTRICT JUDGE ROBERT J. BRYAN

U.S. MAGISTRATE JUDGE J. RICHARD CREATURA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINA MCCUNE, | ) |
| Plaintiff, | ) CIVIL NO. C10-5074-RJB-JRC |
| vs. | ) ORDER CORRECTING THE |
| | ) ADMINISTRATIVE RECORD |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

THIS MATTER is before this Court upon Plaintiff's Motion to Correct the Record (ECF No. 24). The Defendant has not opposed said motion. The Court agrees that the administrative record filed in this case should be corrected, good cause having been shown. Therefore, it is hereby

ORDERED that the Supplemental Transcript labeled Appendix A that was attached to Plaintiff's Motion to Correct the Record shall be filed in the court as a Supplement to the Sealed Administrative Record.

DATED this 7th day of December, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER TO CORRECT RECORD – Page 1