UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| CHRISTINA MCCUNE,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant. | Civil No. 3:10-CV-05074-RJB JRC<br><br>ORDER VACATING PREVIOUS ORDER |

On 12/7/10, this Court granted plaintiff's Motion to Correct the Record. (See ECF Nos. 24, 29). Although this Court's 12/7/2010 order (ECF No. 29) stated that defendant had not opposed plaintiff's motion, the Court had previously granted an extension of time to defendant, giving defendant until 12/13/2010 to file a response. (See ECF No. 28).

Therefore, the 12/7/2010 order (ECF No. 29) was premature and is hereby VACATED in order to allow defendant until 12/13/2010 to file a response. Plaintiff's reply shall be filed by 12/16/2010. Plaintiff's Motion to Correct the Record (ECF No. 24) shall be renoted for 12/17/2010.

DATED this 9th day of December, 2010.

J. Richard Creatura
United States Magistrate Judge

Page 1    ORDER - [3:10-CV-05074-RJB JRC]