UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTINA MCCUNE,<br><br>  Plaintiff,<br>  vs.<br><br>MICHAEL J. ASTRUE,<br> Commissioner of Social Security,<br><br>  Defendant. | Civil No. 3:10-cv-05074-RJB-JRC<br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Motion, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including January 24, 2011, to file Defendant's responsive brief;
- Plaintiff shall have up to and including February 7, 2011, to file an optional reply brief; and
- Oral argument, if desired, shall be requested by February 14, 2011.

DATED this 16th day of December 2010.

*J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge

Page 1        ORDER - [3:10-cv-05074-RJB-JRC]