1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

9

| | |
|---|---|
| 10 CHRISTINA MCCUNE, | Civil No. 3:10-CV-05074-RJB JRC |
| 11     Plaintiff, | ORDER REGARDING BRIEFING ON PLAINTIFF'S MOTION TO CORRECT THE RECORD |
| 12  vs. | |
| 13 MICHAEL J. ASTRUE, Commissioner of Social Security, | Noting Date: January 7, 2011 |
| 14     Defendant. | |

15

16          This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28

17 U.S.C. § 636(b)(1) and Local Magistrates Rule MJR 4(a)(4); and, as authorized by Mathews,

18 Secretary of  H.E.W. v. Weber, 423 U.S. 261, 271-72 (1976).  This matter is before this Court on

19 Plaintiff's Motion to Correct the Record. (ECF No. 24.) Defendant filed a response on December

20 16, 2010. (ECF No. 33.)

21          On November 17, 2010, plaintiff filed a Motion to Correct the Record. (ECF No. 24.) On

22 December 1, 2010, this Court granted the Agreed Motion for Extension of Time to file Response

23 to plaintiff's Motion to Correct the Record (ECF No. 26), giving defendant until December 13,

24

2010 to file its Response. (ECF No. 28.) Defendant filed said Response on December 16, 2010.

(ECF No. 33.)

The Court deems defendant's late filing of his Response as a Motion for Extension of

Time to file defendant's Response. Cf. United States v. O'Malley, 1986 U.S. Dist. LEXIS 16390

at *3 (N.D. Ill. 1986) ("[t]he court deems the request as a motion for an extension of time"). (See

also ECF No. 33.) Accordingly,

IT IS HEREBY ORDERED:

1)      Defendant shall have until December 28, 2010 to file a brief in support of its

Motion for Extension of Time (see ECF No. 33), although not required to do so;

2)      Plaintiff shall have until January 4, 2011 to file any response to defendant's

request for extension of time;

3)      Defendant shall have until January 6, 2011 to file a reply;

4)      This matter, i.e., defendant's Motion for Extension of Time (see ECF No. 33),

shall be noted for January 7, 2011; and,

5)      Plaintiff's Motion to Correct the Record (ECF No. 24) shall be renoted for

January 7, 2011.

The clerk is directed to set defendant's Motion for Extension of Time to File Response (see ECF

No. 33), as well as plaintiff's Motion to Correct the Record (ECF No. 24), on January 7, 2011, as

noted in the caption.

DATED this 21st day of December, 2010.

J. Richard Creatura
United States Magistrate Judge

Page 2        ORDER - [3:10-CV-05074-RJB JRC]