United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINA MCCUNE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | CIVIL NO. C10-5074RJB-JRC<br><br>ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |

　　Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

　　ORDERED that Plaintiff's Reply Brief shall be filed on or before February 14, 2011. Oral argument, if desired, shall be requested by February 21, 2011.

　　DATED this 7th day of February, 2011.

_____
J. Richard Creatura
United States Magistrate Judge