UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTINA MCCUNE,<br><br>               Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>               Defendant. | CASE NO.  C10-5074RJB<br><br>ORDER |

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation (Dkt. 43);

(2)    The matter therefore is REVERSED and REMANDED to the Administration for further consideration; and

(3)    The Clerk is directed to send copies of this Order to counsel of record.

DATED this 25th day of March, 2011.

                                                    */s/ Robert J. Bryan*
                                              ROBERT J. BRYAN
                                              United States District Judge

ORDER - 1