UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTINA MCCUNE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | CASE NO. 10-cv-05074 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation (Dkt. 49) of Judge J. Richard Creatura, United States Magistrate Judge, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation. Plaintiff is awarded $8,157.80 in attorney's fees and $23.84 in expenses, payable in accord with the Report and Recommendation at pages 12 and 13.

(2)　The Clerk is directed to send copies of this Order to counsel of record.

DATED this 19th day of August, 2011.

　　　　　　　　　　　　/s/ Robert J. Bryan
　　　　　　　　　　　　ROBERT J. BRYAN
　　　　　　　　　　　United States District Judge

ORDER - 1